UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Plaintiff's Name: Joseph Mulvey
Residence: Wyndham County, Vermont

05-40054 FDS

Defendants: Govenor Mitt Romney, Massachusetts
Police Chief Charles Noyes
Town of Oxford, MA
Police Commissioner Daniel Coonan
Oxford, MA
Oxford Town Manager Dennis Powers

Commonwealth of Mas
1 Ash Burton Place
Boston, Mass.

RECEIPT # 404538
AMOUNT $ 250
SUMMONS ISSUED 5
LOCAL RULE 4.1 ✓
WAIVER FORM ✓
MCF ISSUED ✓
BY DPTY. CLK. K Hassett
DATE 3 23 05

This Court has Jurisdiction over this matter

[signature]

JS 44
(Rev. 12/96)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
Mulvey Joseph

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF  Windham
(EXCEPT IN U.S. PLAINTIFF CASES)

## DEFENDANTS
Massachusetts, State of
Oxford, Town of
Charles Noyes, Dennis Powers, Daniel Coonan

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
Pro Se

ATTORNEYS (IF KNOWN)
05-40054 FDS

## II. BASIS OF JURISDICTION (PLACE AN "X" IN ONE BOX ONLY)

- ☐ 1 U.S. Government Plaintiff
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☒ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN "X" IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☒ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☒ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## V. NATURE OF SUIT (PLACE AN "X" IN ONE BOX ONLY)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury — Med. Malpractice | ☐ 620 Other Food & Drug | | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 423 Withdrawal 28 USC 157 | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 365 Personal Injury — Product Liability | ☐ 630 Liquor Laws | | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 640 R.R. & Truck | **PROPERTY RIGHTS** | ☐ 460 Deportation |
| ☐ 151 Medicare Act | | | ☐ 650 Airline Regs | ☐ 820 Copyrights | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 660 Occupational Safety/Health | ☐ 830 Patent | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 690 Other | ☐ 840 Trademark | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 160 Stockholders' Suits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | | | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 190 Other Contract | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 892 Economic Stabilization Act |
| | | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 894 Energy Allocation Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | | ☐ 864 SSID Title XVI | ☐ 895 Freedom of Information Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | **HABEAS CORPUS:** | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | | **FEDERAL TAX SUITS** | |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☒ 440 Other Civil Rights | ☐ 540 Mandamus & Other | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 871 IRS — Third Party 26 USC 7609 | ☐ 890 Other Statutory Actions |
| ☐ 290 All Other Real Property | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |

## VI. CAUSE OF ACTION
(CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY.)
Organized crime Domestic including ongoing & continuing attempted murder by officers of the Commonwealth of Mass. terrorism by the state of Massachusetts in c with federal authorities USC 18 241 - 242 USC 115 2)2 Subsection 3) 3,2 A, possibly 42 - The Commonwealth action will defined under 18 1951 for organized crime under the color of law government authority

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ 22 million dollars
CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ YES  ☐ NO

## VIII. RELATED CASE(S) IF ANY
(See instructions):
JUDGE _____  DOCKET NUMBER _____

DATE _____
SIGNATURE OF ATTORNEY OF RECORD
/s/ Joseph Mulvey

**FOR OFFICE USE ONLY**

RECEIPT # ____ AMOUNT ____ APPLYING IFP ____ JUDGE ____ MAG. JUDGE ____

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

1. Title of case (name of first party on each side only) __MULVEY VS. STATE OF MAS + TOWN OF OXFORD + RUTLAND MAS__

2. Category in which the case belongs based upon the numbered nature of suit code listed on the civil cover sheet. (See local rule 40.1(a)(1)).

   ___ I.   160, 410, 470, R.23, REGARDLESS OF NATURE OF SUIT.

   ✓ II.   195, 368, 400, 440, 441-444, 540, 550, 555, 625, 710, 720, 730, 740, 790, 791, 820*, 830*, 840*, 850, 890, 892-894, 895, 950.     *Also complete AO 120 or AO 121 for patent, trademark or copyright cases

   ___ III.  110, 120, 130, 140, 151, 190, 210, 230, 240, 245, 290, 310, 315, 320, 330, 340, 345, 350, 355, 360, 362, 365, 370, 371, 380, 385, 450, 891.

   ___ IV.  220, 422, 423, 430, 460, 510, 530, 610, 620, 630, 640, 650, 660, 690, 810, 861-865, 870, 871, 875, 900.

   ___ V.   150, 152, 153.

   **05-40054 FDS**

3. Title and number, if any, of related cases. (See local rule 40.1(g)). If more than one prior related case has been filed in this district please indicate the title and number of the first filed case in this court.
   __N.A. AT THIS POINT__

4. Has a prior action between the same parties and based on the same claim ever been filed in this court?
   YES ☐   NO ☒

5. Does the complaint in this case question the constitutionality of an act of congress affecting the public interest? (See 28 USC §2403)
   YES ☐   NO ☒
   If so, is the U.S.A. or an officer, agent or employee of the U.S. a party?
   YES ☐   NO ☐

6. Is this case required to be heard and determined by a district court of three judges pursuant to title 28 USC §2284?
   YES ☒   NO ☒

7. Do all of the parties in this action, excluding governmental agencies of the united states and the Commonwealth of Massachusetts ("governmental agencies"), residing in Massachusetts reside in the same division? - (See Local Rule 40.1(d)).
   YES ☐   NO ☒

   A. If yes, in which division do all of the non-governmental parties reside?
      Eastern Division ☐   Central Division ☒   Western Division ☐

   B. If no, in which division do the majority of the plaintiffs or the only parties, excluding governmental agencies, residing in Massachusetts reside?
      Eastern Division ☐   Central Division ☒   Western Division ☐

8. If filing a Notice of Removal - are there any motions pending in the state court requiring the attention of this Court? (If yes, submit a separate sheet identifying the motions) __NOT AT THIS TIME__
   YES ☐   NO ☐

(PLEASE TYPE OR PRINT)
ATTORNEY'S NAME __[signature] PRO SEE__
ADDRESS __PO BOX 211 BRATTLEBORO VT__
TELEPHONE NO. __N.A.__
__05301__

Coversheetlocal.wpd - 10/17/02

**FIRST DISTRICT COURT**

# 05-40054

**INVENTORY SHEETS - STATEMENTS OF ISSUES**

## FIRST DISTRICT COURT

Motion to the Federal Court

# 05-40054

Motion to the federal Court Judge to stop the ongoing Domestic Terrorism being committed by the town of Rutland aided and abetted by the town of Oxford, MA against me and my family on an ongoing and continuing basis, as defined under Federal law for Conspiracy against Citizen's Rights pursuant to USC 18-241, 242 and these actions can be defined under USC 18 1951 to be shown as organized crime activity Under the color of State law And Government Authority.

I declare under pains and penalties of perjury that these statements made in this matter are true and correct to the best of my knowledge.

Service To be made by First Class Mail within seven days of 23 March 2005 The Siling Date Service Against Governor Romney of Massachusetts And Town Manager Powers of The Town of Oxford, MA And Said Employees of The Town Noyes And Coonan And The Oxford Police Department

Dated this 3rd day of February 2005

Joseph Mulvey

FIRST DISTRICT COURT   05-40054

Motion to the Federal Court
This is going to be for a Federal Injunction against the town of Oxford, James Triplett, Charles Noyes, Dennis Power and the Town officials of Oxford for conspiracy to commit Domestic Terrorism against an American Citizen and his American Family.

This motion which has been submitted to the Federal Court in the past which is now Being used to show evidence of domestic terrorism in and with Federal Court Judges such as Turo and Young in and with the 1st Circuit, Circuit executive's Office to deprive Due Process of Law and aid and abet domestic terrorism specifically in and with Rutland, Massachusetts and Oxford, Massachusetts Police domestic terrorism being committed against my family and their properties. This is a motion for a Federal Injunction against the towns of Oxford, Massachusetts and Rutland Massachusetts formally to stop ongoing domestic terrorism against my family and their properties Under the Color of Law, Authority and Government by State, Local and Federal officials, including the threats of murder and arson; if this Federal Court Judge does not grant an injunction of this kind against police departments and Towns, it can be shown specifically to be involved in long term domestic terrorism that can only be for the purpose, that this Judge knowingly aids and abets domestic terrorism Under the Color of Law as defined under USC 115 272 Subsection 31, 32 A 1 and possibly A2 of the Patriot Act for domestic terrorism against an American Citizen and his family in and through the Boston office of the F.B.I. Specifically in and with the Rutland MA Police Department, the Oxford MA Police Department, the Holden MA Police Department and the Town Officials of each.
Specifically District Attorney John Conte has been involved in a twenty year trail of Domestic Terrorism against me and my family for testifying against Police Corruption, court Corruption and such. This will be shown in and through these Federal Suits in documentation and fact.

I declare under pains and penalties of perjury that these statements made in this matter are true and correct to the best of my knowledge.

Dated this 3rd day of February 2005

Joseph Mulvey

FIRST DISTRICT COURT    **05-40054**

Motion to the Federal Court

This motion which has been submitted to the Federal Court in the past which is now Being used to show evidence of domestic terrorism in and with Federal Court Judges such as Turo and Young in and with the 1st Circuit, Circuit executive's Office to deprive Due Process of Law and aid and abet domestic terrorism specifically in and with Rutland, Massachusetts and Oxford, Massachusetts Police domestic terrorism being committed against my family and their properties. This is a motion for a Federal Injunction against the towns of Oxford, Massachusetts and Rutland Massachusetts formally to stop ongoing domestic terrorism against my family and their properties Under the Color of Law, Authority and Government by State, Local and Federal officials, including the threats of murder and arson; if this Federal Court Judge does not grant an injunction of this kind against police departments and Towns, it can be shown specifically to be involved in long term domestic terrorism that can only be for the purpose, that this Judge knowingly aids and abets domestic terrorism Under the Color of Law as defined under USC 115 272 Subsection 31, 32 A 1 and possibly A2 of the Patriot Act for domestic terrorism against an American Citizen and his family in and through the Boston office of the F.B.I. Specifically in and with the Rutland MA Police Department, the Oxford MA Police Department, the Holden MA Police Department and the Town Officials of each.

Specifically District Attorney John Conte has been involved in a twenty year trail of Domestic Terrorism against me and my family for testifying against Police Corruption, court Corruption and such. This will be shown in and through these Federal Suits in documentation and fact.

I declare under pains and penalties of perjury that these statements made in this matter are true and correct to the best of my knowledge.

Dated this 5th day of February 2005

*Joseph Mulvey*

Case 4:05-cv-40054-FDS  Document 1  Filed 03/23/2005  Page 8 of 8

AO 85 (Rev. 8/97) Notice, Consent, and Order of Reference – Exercise of Jurisdiction by a United States Magistrate Judge

# UNITED STATES DISTRICT COURT

_____ District of _____

Plaintiff

v.

Defendant

NOTICE, CONSENT, AND ORDER OF REFERENCE –
EXERCISE OF JURISDICTION BY A UNITED STATES
MAGISTRATE JUDGE

Case Number: 05-40054

## NOTICE OF AVAILABILITY OF A UNITED STATES MAGISTRATE JUDGE TO EXERCISE JURISDICTION

In accordance with the provisions of 28 U.S.C. 636(c), and Fed.R.Civ.P. 73, you are hereby notified that a United States magistrate judge of this district court is available to conduct any or all proceedings in this case including a jury or nonjury trial, and to order the entry of a final judgment. Exercise of this jurisdiction by a magistrate judge is, however, permitted only if all parties voluntarily consent.

You may, without adverse substantive consequences, withhold your consent, but this will prevent the court's jurisdiction from being exercised by a magistrate judge. If any party withholds consent, the identity of the parties consenting or withholding consent will not be communicated to any magistrate judge or to the district judge to whom the case has been assigned.

An appeal from a judgment entered by a magistrate judge shall be taken directly to the United States court of appeals for this judicial circuit in the same manner as an appeal from any other judgment of a district court.

## CONSENT TO THE EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of 28 U.S.C. 636(c) and Fed.R.Civ.P. 73, the parties in this case hereby voluntarily consent to have a United States magistrate judge conduct any and all further proceedings in the case, including the trial, order the entry of a final judgment, and conduct all post-judgment proceedings.

| Signatures | Party Represented | Date |
|---|---|---|

*[Handwritten: I do not consent to a magistrate judge sitting on this case. Federal Magistrate Judges are known to be Rubber Stamps for ongoing organized crime in Massachusetts and on an interstate level.]*

## ORDER OF REFERENCE

IT IS HEREBY ORDERED that this case be referred to _____ United States Magistrate Judge, for all further proceedings and the entry of judgment in accordance with 28 U.S.C. 636(c), Fed.R.Civ.P. 73 and the foregoing consent of the parties.

Date _____ United States District Judge _____

NOTE: RETURN THIS FORM TO THE CLERK OF THE COURT <u>ONLY IF</u> ALL PARTIES HAVE CONSENTED <u>ON THIS FORM</u> TO THE EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE.