**WORCESTER FEDERAL COURT**

Jospeh Mulvey
vs
Governor M.TT Romney
Romney ETAl

Docket # 05-40054FDS

**Motion to amend to Use my legal right one hundred twenty days.**

**Motion to amend my statement that I would serve Governor Romney and the Town of Oxford with their documents on the law suit within ten days as I was not aware I legally had a right to one hundred twenty days, and as a result of there being a twenty year paper trail and four hundred pounds of documentation involved in this it is my legal right to use my one hundred twenty days to serve Governor Romney as a terrorist against a American Citizen and the Town of Oxford it is my legal right to use my one hundred days.**

**Under pains and penalties of perjury**

**Joseph Mulvey**