Joseph Mulvey
v
Governor Mitt Romney
Romney ET Al

**WORCESTER FEDERAL COURT**

Docket # 0540054 FDS

**Motion to recluse Judge Saylor from the Federal Court in Worcester from the case against Romney for domestic terrorism for knowingly aiding and abetting domestic terrorism as a federal court judge under the color of and for the purpose of aiding and abetting ongoing domestic terrorism and organized crime in the United States Justice system.**

**Under Pains and penalties of perjury.**

Joseph Mulvey