**WORCESTER FEDERAL COURT**

Docket # 05-40054 - FDS

Joseph Mulvey
    V
Governor Mitt Romney et all

Motion to the Worcester Federal Court

Motion to the Federal Court to have William Francis Galvin Secretary of State to document and explain why Police Dispatcher's Tapes having to do with Domestic Terrorism and Interstate Attempted Murder in and with the United States Marshall Service and the Oxford, Massachusetts Police Department; or is this Federal Court Judge going to knowingly enter a conspiracy against Citizen's Rights, Under the Color of State and Federal Law USC 18-241,242, 1819-51 and USC 115-272-321-32 A1 and possibly A2. President George W. Bush is being notified to this terrorism by the F.B.I. Director. I request that the Federal Court for the 1st Circuit investigate and stop the ongoing Domestic Terrorism by the Director of the F.B.I. And the Oxford Police Department in and with the Commonwealth of Massachusetts and specifically Governor Romney. I request a Federal Injunction against the Commonwealth of Massachusetts, Governor Romney and District Attorney Conte. It is being documented that there is no functioning Justice Department under the Bush Administration with a prior twenty year paper trail leading through the complete Justice System. No rights for American Citizens under Bush and Mueller.

The Boston F.B.I. In their behavior have shown that they are in fact Domestic Terrorists against American Citizens and their families. I request a federal Injunction against the Boston F.B.I.

Signed under the pains and penalties of perjury.

Joseph Mulvey