## WORCESTER FEDERAL COURT

Docket # 05-40054 - FDS

Joseph Mulvey
    V
Governor Mitt Romney

**Motion to the Worcester Federal Court**

Motion to the court to bring Governor Mitt Romney before the Court And F.B.I. Special Agent Kaiser of the F.B.I.'s Boston Office to testify as to why they have not stopped the ongoing Domestic Terrorism by the State, Oxford, Rutland, and Millbury Police Departments in and with the F.B.I. Director Robert S Mueller III. It can now be stated as fact that President George W. Bush terrorized American families and American Citizens through his Administration specifically F.B.I. Director Robert S. Mueller III. I request a Formal Hearing before the Court on the subject of terrorism by the Towns afore named and why Romney and his Administration are destroying Police Department Dispatch Tapes and knowingly editing others to aid interstate crime in Law Enforcement. Denial by this Federal Court Judge will show further, the 1st Circuit's involvement in ongoing Domestic Terrorism Under the Color of Law.

Signed under the Pains and penalties of perjury. *[signature]*