UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS


Mulvey, _____
                    Plaintiff

                                                    CIVIL ACTION

            V.
                                                    NO. 05-40054-FDS


Romney, _____
                    Defendant


O R D E R

Saylor,    D. J.


    The complaint in the above-entitled action was filed on  3/23/05 .

As of this date there has been no return to the Court of proof of service of the summons and

complaint as required by Rule 4(m) of the Federal Rules of Civil Procedure and Local Rule 4.1(b) of

the Local Rules of this Court.

    Accordingly, it is hereby ORDERED that, pursuant to Rule 4(m), Fed. R. Civ. P., and Local

Rule 4.1(b), the above-entitled action will be dismissed without prejudice in twenty (20) days from

the date of this Order unless a proof of service is filed or good cause shown why service has not

been made.



                                        By the Court,

    9/15/05                            /s/ Martin Castles
    Date                               Deputy Clerk


(4mnotice.ord - 07/94)                                                    [o4m.]