

1. Article Addressed to:

Town Manager
325 Main Street
Oxford, MA
01540

2. Article Number
(Transfer from service label)    7004 2510 0000 9201 8373

PS Form 3811, August 2001

05-40054



1. Article Addressed to:

Governor Mitt Romney
Statehouse Governors Office
Boston MA 02133

2. Article Number
(Transfer from service label)    7004 2510 0000 9201 8311

05-40054