JOSEPH MULVEY
P.O. BOX 211
BRATTLEBORO, VT  05302

I Joseph Mulvey attest to the fact that the State of Massachusetts Governor Romney and the town of Oxford Massachusetts' Town Manager Dennis Powers have in fact been served for Domestic Terrorism in the State of Massachusetts. I further state that Judge Saylor should recluse from the case for knowingly aiding and abetting ongoing Domestic Terrorism in and with the Town of Oxford, MA and the State of Massachusetts.

*[signature: Joseph Mulvey]*