WORCESTER FEDERAL COURT

Case # 4:05-CV-40054FDS

MULVEY   VS.   ROMNEY, ET AL

Motion to Chief Judge Mark Wolf:

Motion to stop the ongoing Domestic terrorism of my family in Oxford, Massachusetts, or is Wolf just another terrorist.

Motion to the Court for a required finding of default against all Defendants in this case or is this Court and Judge to aid and abet Terrorism and Civil Rights Violations and organized crime knowingly.

Motion the Court for this case to be reassigned to the Chief Judge for the purpose of liability as a result of ongoing Organized Crime in the Federal Courts of Boston and Worcester, Massachusetts, Brattleboro, Vermont, and Concord, New Hampshire.

Motion to the Court
To have Oxford Massachusetts Police Chief Noyes removed for knowingly destroying evidence of attempted murder Under the Color of Law after Oxford Officer Michael Hassett threatened to murder me two of the Police Dispatcher tapes were destroyed two times the tapes were calls from the United States Marshall's office in Brattleboro, Vermont. Does this Federal Court knowingly aid and abet this conduct of Organized Crime?

Signed under Pains and penalties of perjury.

Dated   19 January 2006

Joseph Mulvey

I Request AN Investigation Into Abuse of The Oxford Phone System for The purpose of Domestic Terrorism.