WORCESTER FEDERAL COURT

Docket # 05-40054 - FDS

Joseph Mulvey
VS
Governor Mitt Romney et all

Motion to the Court.

Motion for a required finding of default against the State of Massachusetts, Governor Romney and the Town of Oxford Massachusetts.

The State of Massachusetts and the town of Oxford, Massachusetts have failed to respond to this Law Suit and is therefore in default on said matters and suits.

Signed under the pains and penalties of perjury.

Dated 10 April 2006

Joseph Mulvey

WORCESTER FEDERAL COURT

FILED
IN CLERKS OFFICE

2006 APR 27 P 4: 14

U.S. DISTRICT COURT

Docket # 05-40054 – FDS

Joseph Mulvey

Vs

Governor Mitt Romney et all

I certify that these documents have been served upon the Defendants by certified mail

Joseph Mulvey



