WORCESTER FEDERAL COURT

Docket # 05-40054- FDS

Joseph Mulvey
    VS
Governor Mitt Romney et all

Motion to the Court.

Motion for a required finding of default against the State of Massachusetts, Governor Romney and the Town of Oxford Massachusetts.

The State of Massachusetts and the town of Oxford, Massachusetts have failed to respond to this Law Suit and is therefore in default on said matters and suits.

Signed under the pains and penalties of perjury.

Dated 10 April 2006                                Joseph Mulvey



UNITED STATES POSTAL SERVICE
Powers
CENTRAL MA 015
25 APR 2006 PM 1 L

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Joseph Mulvey
C/O A. Mulvey
P.O. Box 423
Oxford MA 01540

05-40054

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY | | |
|---|---|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X *Wendy Erskine* | ☐ Agent<br>☐ Addressee | |
| | B. Received by (Printed Name)<br>WENDY ERSKINE | C. Date of Delivery | |
| 1. Article Addressed to:<br>Dennis Powers<br>Oxford Town Manager<br>325 Main St<br>Oxford MA 01540 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No | | |
| | 3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered       ☐ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D. | | |
| | 4. Restricted Delivery? (Extra Fee) | | ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7005 2570 0000 1777 7423 | | |

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

UNITED STATES POSTAL SERVICE

Romney



First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Joseph Mulvey
c/o A. Mulvey
PO Box 423
Oxford MA 01540

05-40054

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X  *Kevin Scarlett*   ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery |
| 1. Article Addressed to:<br><br>Governor M. Romney<br>State House<br>Beacon Street<br>Boston MA | D. Is delivery address different from item 1?  ☐ Yes<br>   If YES, enter delivery address below:  ☐ No<br><br>3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered       ☐ Return Receipt for Merchandise<br>☐ Insured Mail     ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service label) | 7005 2570 0000 1777 7478 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540