UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**Joseph Mulvey,**
    **Plaintiff,**

**V.**

**Mitt Romney, Charles Noyes,**
**Daniel Coonan, Dennis Powers,**
**Town of Oxford, and Commonwealth**
**of Massachusetts,**
    **Defendants,**

CIVIL ACTION

NO. <u>05-40054-FDS</u>

<u>ORDER OF DISMISSAL</u>

<u>Saylor,  D. J.</u>

   In accordance with the Court's Memorandum and Order dated <u>6/19/06</u>, it is hereby ORDERED that the above-entitled action be and hereby is dismissed.

                                                     By the Court,

    <u>6/21/06</u>                                              <u>/s/ Martin Castles</u>
     Date                                                   Deputy Clerk